1
2
3
4                      UNITED STATES DISTRICT COURT
5                            DISTRICT OF NEVADA
6                                    * * *
7    RANDALL WIIDEMAN,              )        2:10-CV-02259-PMP-GWF
                                    )
8              Plaintiff,           )
                                    )        **ORDER**
9     vs.                           )
                                    )
10   CHERYL BURSON,                 )
                                    )
11             Defendant.           )
                                    )
12
13          Before the Court for consideration is Defendant's Motion to Dismiss
14   Plaintiff's Complaint (Doc. #18) filed June 2, 2011.  Plaintiff Wiideman filed an
15   Opposition to Defendant's Motion to Dismiss (Doc. #20) on June 9, 2011, and a
16   Supplement thereto (Doc. #22) on June 24, 2011.  The defendant did not file a reply
17   memorandum.
18          Having reviewed the foregoing, the Court finds that Plaintiff Wiideman is
19   correct that Defendant Burson's Motion to Dismiss (Doc. #18) must be treated as a
20   Motion for Summary Judgment in accord with Rule 56 of the Federal Rules of Civil
21   Procedure.  Given the materials relied upon by Defendant to support her motion,
22   which is outside the pleadings the Court finds it appropriate it to defer consideration
23   of relief requested by Defendant until after the parties have completed discovery.
24   ///
25   ///
26

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #18) is **DENIED** without prejudice to file an appropriate Motion for Summary Judgment upon completion of discovery in this case.

DATED: July 1, 2011.

_____
PHILIP M. PRO
United States District Judge